# EXHIBIT A

**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| TONY COLLINS, NAIMATULLAH NYAZEE and ANN MURRAY, for themselves and all others similarly situated,<br><br>            Plaintiffs,<br>    v.<br><br>NPC INTERNATIONAL, INC.,<br><br>            Defendant. | CASE NO.<br><br>COLLECTIVE / CLASS ACTION COMPLAINT<br><br>ECF CASE<br><br>JURY TRIAL DEMANDED |

**CONSENT TO BECOME A PARTY PLAINTIFF**
Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I hereby consent to become a party plaintiff seeking unpaid wages and compensation against NPC International, Inc.

By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit.

For the purposes of this lawsuit, I choose to be represented by Finkelstein, Blankinship, Frei-Pearson & Garber, LLP, Morgan & Morgan, P.A., and other attorneys with whom they may associate.

Date: 3/17/2017     Sign: *Sherley Harkey*

Print Name: Sherley Harkey

{00283437 }

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TONY COLLINS, NAIMATULLAH NYAZEE and ANN MURRAY, for themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>NPC INTERNATIONAL, INC.,<br><br>Defendant. | CASE NO.<br><br>COLLECTIVE / CLASS ACTION COMPLAINT<br><br>ECF CASE<br><br>JURY TRIAL DEMANDED |

## CONSENT TO BECOME A PARTY PLAINTIFF
Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I hereby consent to become a party plaintiff seeking unpaid wages and compensation against NPC International, Inc.

By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit.

For the purposes of this lawsuit, I choose to be represented by Finkelstein, Blankinship, Frei-Pearson & Garber, LLP, Morgan & Morgan, P.A., and other attorneys with whom they may associate.

Date: 3/18/17     Sign: _____

Print Name: DeShawn Lewis

{00283437 }

# UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TONY COLLINS, NAIMATULLAH NYAZEE and ANN MURRAY, for themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>NPC INTERNATIONAL, INC.,<br><br>Defendant. | CASE NO.<br><br>COLLECTIVE / CLASS ACTION COMPLAINT<br><br>ECF CASE<br><br>JURY TRIAL DEMANDED |

## CONSENT TO BECOME A PARTY PLAINTIFF
Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I hereby consent to become a party plaintiff seeking unpaid wages and compensation against NPC International, Inc.

By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit.

For the purposes of this lawsuit, I choose to be represented by Finkelstein, Blankinship, Frei-Pearson & Garber, LLP, Morgan & Morgan, P.A., and other attorneys with whom they may associate.

Date: 3-20-17    Sign: _____

Print Name: **TONY COLLINS**

{00283437 }

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TONY COLLINS, NAIMATULLAH NYAZEE and ANN MURRAY, for themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>NPC INTERNATIONAL, INC.,<br><br>Defendant. | CASE NO.<br><br>COLLECTIVE / CLASS ACTION COMPLAINT<br><br>ECF CASE<br><br>JURY TRIAL DEMANDED |

## CONSENT TO BECOME A PARTY PLAINTIFF
Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I hereby consent to become a party plaintiff seeking unpaid wages and compensation against NPC International, Inc.

By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit.

For the purposes of this lawsuit, I choose to be represented by Finkelstein, Blankinship, Frei-Pearson & Garber, LLP, Morgan & Morgan, P.A., and other attorneys with whom they may associate.

Date: 3/21/17    Sign: *Carla R. Simpson*

Print Name: CARLA R. SIMPSON

{00283437 }

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TONY COLLINS, NAIMATULLAH NYAZEE and ANN MURRAY, for themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NPC INTERNATIONAL, INC.,<br><br>Defendant. | CASE NO.<br><br>COLLECTIVE / CLASS ACTION COMPLAINT<br><br>ECF CASE<br><br>JURY TRIAL DEMANDED |

**CONSENT TO BECOME A PARTY PLAINTIFF**
Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I hereby consent to become a party plaintiff seeking unpaid wages and compensation against NPC International, Inc.

By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit.

For the purposes of this lawsuit, I choose to be represented by Finkelstein, Blankinship, Frei-Pearson & Garber, LLP, Morgan & Morgan, P.A., and other attorneys with whom they may associate.

Date: 3/20/17        Sign: _____

Print Name: Jesse Tourville

{00283437 }

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TONY COLLINS, NAIMATULLAH NYAZEE and ANN MURRAY, for themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>NPC INTERNATIONAL, INC.,<br><br>Defendant. | CASE NO.<br><br>COLLECTIVE / CLASS ACTION COMPLAINT<br><br>ECF CASE<br><br>JURY TRIAL DEMANDED |

**CONSENT TO BECOME A PARTY PLAINTIFF**
Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I hereby consent to become a party plaintiff seeking unpaid wages and compensation against NPC International, Inc.

By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit.

For the purposes of this lawsuit, I choose to be represented by Finkelstein, Blankinship, Frei-Pearson & Garber, LLP, Morgan & Morgan, P.A., and other attorneys with whom they may associate.

Date: 3-23-2017        Sign: _____

                       Print Name: Ann Murray

{00283437 }

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TONY COLLINS, NAIMATULLAH NYAZEE and ANN MURRAY, for themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>NPC INTERNATIONAL, INC.,<br><br>Defendant. | CASE NO.<br><br>COLLECTIVE / CLASS ACTION COMPLAINT<br><br>ECF CASE<br><br>JURY TRIAL DEMANDED |

**CONSENT TO BECOME A PARTY PLAINTIFF**
Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I hereby consent to become a party plaintiff seeking unpaid wages and compensation against NPC International, Inc.

By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit.

For the purposes of this lawsuit, I choose to be represented by Finkelstein, Blankinship, Frei-Pearson & Garber, LLP, Morgan & Morgan, P.A., and other attorneys with whom they may associate.

Date: 3-21-17   Sign: _/s/ Keith Cook_____

Print Name: KEITH M. COOK

{00283437 }

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TONY COLLINS, NAIMATULLAH NYAZEE and ANN MURRAY, for themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>NPC INTERNATIONAL, INC.,<br><br>Defendant. | CASE NO.<br><br>COLLECTIVE / CLASS ACTION COMPLAINT<br><br>ECF CASE<br><br>JURY TRIAL DEMANDED |

**CONSENT TO BECOME A PARTY PLAINTIFF**
Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I hereby consent to become a party plaintiff seeking unpaid wages and compensation against NPC International, Inc.

By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit.

For the purposes of this lawsuit, I choose to be represented by Finkelstein, Blankinship, Frei-Pearson & Garber, LLP, Morgan & Morgan, P.A., and other attorneys with whom they may associate.

Date: 3/24/17     Sign: *Kristin Marshall*

Print Name: Kristin Marshall

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TONY COLLINS, NAIMATULLAH NYAZEE and ANN MURRAY, for themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>NPC INTERNATIONAL, INC.,<br><br>Defendant. | CASE NO.<br><br>COLLECTIVE / CLASS ACTION COMPLAINT<br><br>ECF CASE<br><br>JURY TRIAL DEMANDED |

## CONSENT TO BECOME A PARTY PLAINTIFF
Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I hereby consent to become a party plaintiff seeking unpaid wages and compensation against NPC International, Inc.

By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit.

For the purposes of this lawsuit, I choose to be represented by Finkelstein, Blankinship, Frei-Pearson & Garber, LLP, Morgan & Morgan, P.A., and other attorneys with whom they may associate.

Date: 3/25/17     Sign: _____

Print Name: DAMON BRYANT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

WILLIAM DURLING, CHRIS BELLASPICA, TOM WOLFF, MICHAEL MORRIS, and RICHARD SOBOL, for themselves and all others similarly situated,
                    Plaintiffs,
    v.
PAPA JOHN'S INTERNATIONAL, INC.,
                    Defendant.

Case No. 7:16-cv-03592-CS

Class / Collective Action

## CONSENT TO BECOME A PARTY PLAINTIFF
Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I hereby consent to become a party plaintiff seeking unpaid wages and compensation against Papa John's International, Inc.

By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit.

For the purposes of this lawsuit, I choose to be represented by Finkelstein, Blankinship, Frei-Pearson & Garber, LLP, and other attorneys with whom they may associate.

Date: 03/09/17     Sign: _____

Print Name: JOSHUA BOYLAND

{00278000 }