UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TONY COLLINS, NAIMATULLAH NYAZEE and ANN MURRAY,** for themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>**NPC INTERNATIONAL, INC.,**<br><br>Defendant. | CASE NO. 3:17-cv-00312-NJR-RJD<br><br>**COLLECTIVE / CLASS ACTION COMPLAINT**<br><br>**ECF CASE**<br><br>**JURY TRIAL DEMANDED** |

NOTICE OF FILING OPT-IN
CONSENT FORM PURSUANT TO 29 U.S.C. 216(b)

TO THE CLERK OF COURT:

Please take notice that the undersigned counsel, on behalf of Plaintiffs TONY COLLINS, NAIMATULLAH NYAZEE, and ANN MURRAY, hereby respectfully submit the Consent to Become a Party Plaintiff Form (attached as Exhibit A) received from the following putative Class member:

1. Abraham Brown

Dated:   April 13, 2017

Respectfully submitted,

*/s/ Jeremiah Frei-Pearson*
Jeremiah Frei-Pearson
(*Pro Hac Vice*)
**FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP**
Todd S. Garber
(*Pro Hac Vice*)
Chantal Khalil
(*Pro Hac Vice*)
445 Hamilton Avenue, Suite 605
White Plains, New York 10601

{00284239 }

**MORGAN & MORGAN, P.A.**
C. Ryan Morgan
(*Pro Hac Vice* application forthcoming)
Michael Marrese
(*Pro Hac Vice* application forthcoming)
20 North Orange Avenue, 14th Floor
P.O. Box 4979
Orlando, FL 32802-4979


*Attorneys for Plaintiffs
and the Putative Classes*

{00284239 }

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and true and correct paper copies will be sent by U.S. Certified Mail to those indicated as non-registered participants and to Defendant's offices.

*/s/ Jeremiah Frei-Pearson*

{00284239 }