# Exhibit A

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TONY COLLINS, NAIMATULLAH NYAZEE and ANN MURRAY, for themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NPC INTERNATIONAL, INC.,<br><br>Defendant. | CASE NO.   3:17-cv-00312-NJR-RJD<br><br>COLLECTIVE / CLASS ACTION COMPLAINT<br><br>ECF CASE<br><br>JURY TRIAL DEMANDED |

**CONSENT TO BECOME A PARTY PLAINTIFF**
Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I hereby consent to become a party plaintiff seeking unpaid wages and compensation against NPC International, Inc.

By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit.

For the purposes of this lawsuit, I choose to be represented by Finkelstein, Blankinship, Frei-Pearson & Garber, LLP, Morgan & Morgan, P.A., and other attorneys with whom they may associate.

Date: 4-1-17     Sign: Abraham Brown

Print Name: Abraham Brown

{00283437 }