IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TONY COLLINS, NAIMATULLAH NAYZEE, and ANN MURRAY, for themselves and all others similarly situated, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Case No. 3:17-CV-00312-NJR-RJD |
| NPC, INTERNATIONAL, INC., | )<br>)<br>) |
| Defendant. | ) |

# ORDER STAYING CASE

**ROSENSTENGEL, District Judge:**

This matter comes before the Court on the Renewed Motion to Compel Individual Arbitration and Stay Proceedings filed by Defendant NPC, International, Inc. ("NPC") (Doc. 90). The Court previously denied NPC's motion to compel arbitration without prejudice and stayed proceedings pending a ruling by the United States Supreme Court in *Epic Systems Corporation v. Lewis*. The Supreme Court issued that opinion in May 2018, holding that collective and class action waivers in arbitration agreements are lawful and must be enforced pursuant to the Federal Arbitration Act. *Epic Sys. Corp. v. Lewis*, No. 16-285, 2018 WL 2292444 (U.S. May 21, 2018). In light of this opinion, NPC has renewed its motion to compel individual arbitration in this case. Plaintiffs have no objection (Doc. 92). Accordingly, NPC's Renewed Motion to Compel Individual Arbitration and Stay Proceedings (Doc. 90) is **GRANTED**. This action is **STAYED** pending arbitration.

IT IS SO ORDERED.

DATED: June 21, 2018

_____
NANCY J. ROSENSTENGEL
United States District Judge