# Exhibit C

| | |
|---|---|
| **Subject:** | RE: NPC / Collins |
| **Date:** | Thursday, August 1, 2019 at 5:52:36 PM Eastern Daylight Time |
| **From:** | AAA Heather Santo |
| **To:** | Warren Postman |
| **Attachments:** | image003.png, image004.jpg, image5f7747.PNG, image77d6e0.JPG |

Mr. Postman,

We have not yet received NPC's payment of the filing fees, which are due today. I left Mr. Tatum a message earlier today inquiring as to whether the fees were in route to us or any other status he may be able to provide. I have not heard back as of yet.

Sincerely,

Heather Santo



### Heather Santo

American Arbitration Association

1301 Atwood Ave, Suite 211N, Johnston, RI 02919
T: 401 431 4703  F: 401 435 6529  E: heathersanto@adr.org
adr.org | icdr.org | aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** Warren Postman <wdp@kellerlenkner.com>
**Sent:** Thursday, August 1, 2019 5:22 PM
**To:** AAA Heather Santo <heathersanto@adr.org>
**Subject:** FW: NPC / Collins

**\*\*\* External E-Mail – Use Caution \*\*\***

Ms. Santo,

I am writing to check whether NPC submitted payment today as required below. Your confirmation either way would be greatly appreciated.

Sincerely,

**Warren D. Postman**
Partner

## Keller | Lenkner

1300 I Street, N.W., Suite 400E | Washington, D.C. 20005
202.749.8334 | Website | Email

**From:** AAA Heather Santo <heathersanto@adr.org>
**Date:** Tuesday, July 23, 2019 at 4:05 PM
**To:** Warren Postman <wdp@kellerlenkner.com>, "Tatum, Mark (SHB)" <MTATUM@shb.com>
**Cc:** "Sinatra, Katherine (SHB)" <KSINATRA@shb.com>, "Simpson, Nancy (SHB)" <NSIMPSON@shb.com>, Marquel Reddish <mpr@kellerlenkner.com>, "Joanne Saint-Louis, JD" <SaintLouisJ@adr.org>
**Subject:** RE: NPC / Collins

Dear Counsel,

This will acknowledge receipt of a letter, dated July 19, 2019, from Respondent. This will also acknowledge receipt of a letter, dated July 22, 2019, from Claimants.

An administrative conference call to discuss the positions of the parties has been scheduled for Thursday, July 25th at 12:00 p.m. Eastern Time.

Please dial in to the conference call using the following information:

Dial-in: 888.537.7715
Passcode: 47609078#

Should you have any questions, please do not hesitate to contact me.

Sincerely,

Heather Santo



**Heather Santo**

American Arbitration Association

1301 Atwood Ave, Suite 211N, Johnston, RI 02919
T: 401 431 4703  F: 401 435 6529  E: heathersanto@adr.org
adr.org  |  icdr.org  |  aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** Warren Postman <wdp@kellerlenkner.com>
**Sent:** Monday, July 22, 2019 10:30 AM
**To:** Tatum, Mark (SHB) <MTATUM@shb.com>
**Cc:** AAA Heather Santo <heathersanto@adr.org>; Sinatra, Katherine (SHB) <KSINATRA@shb.com>; Simpson, Nancy (SHB) <NSIMPSON@shb.com>; Marquel Reddish <mpr@kellerlenkner.com>
**Subject:** RE: NPC / Collins

**\*\*\* External E-Mail – Use Caution \*\*\***

Mr. Tatum,

Please see the attached response.

Best,

**Warren D. Postman**
Partner

Keller | Lenkner

1300 I Street, N.W., Suite 400E | Washington, D.C. 20005
202.749.8334 | Website | Email

---

**From:** Tatum, Mark (SHB) <MTATUM@shb.com>
**Sent:** Friday, July 19, 2019 4:57 PM
**To:** Warren Postman <wdp@kellerlenkner.com>
**Cc:** AAA Heather Santo <heathersanto@adr.org>; Sinatra, Katherine (SHB) <KSINATRA@shb.com>; Simpson, Nancy (SHB) <NSIMPSON@shb.com>
**Subject:** FW: NPC / Collins

Mr. Postman, please see the attached.

I'm also copying Ms. Santo at the AAA.

Mark


CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.