# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KRISTIN MARSHALL, ROMIE CAMPBELL, DAVID SHORT, JASON HUYETT, AMANDA LIMA, ANTHONY HANNA, JACK CARROLL, DERRICK SAPP, JAMES PLATT, CHANCELLOR MYERS, BLAKE BOLIN, DAVID VEGA, MICHELLE ENYEART, SENTELL HILL, ERIC BROWN, SUSAN OVERTURF, STEVEN FULTZ, and TERRY STRUHALL,** for themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>**NPC INTERNATIONAL, INC.,**<br><br>Defendant. | CASE NO. 3:17-cv-00312-NJR-RJD<br><br>STIPULATION OF DISMISSAL |

## STIPULATION OF DISMISSAL

The parties appearing herein, through their respective counsel, stipulate to the dismissal of this action with prejudice and further move this Honorable Court for an order pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), approving the dismissal of this action with prejudice, with each party to bear their own costs and fees.

Dated: April 6, 2021

By: /s/ *Ashley C. Keller*
Ashley C. Keller
Marquel P. Reddish
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, IL 60606
TEL: 312-741-5200
ack@kellerlenkner.com
mpr@kellerlenkner.com

Warren D. Postman
KELLER LENKNER LLC
1300 I Street, N.W., Suite 400E
Washington, DC 20005
TEL: 202-749-8334
wdp@kellerlenkner.com


C. Ryan Morgan
MORGAN & MORGAN, P.A.
20 N. Orange Avenue, 14th Floor
P.O. Box 4979
Orlando, FL 32802
TEL: 407-420-1414
rmorgan@forthepeople.com

Jeremiah Frei-Pearson
Andrew C. White
Todd S. Garber
Chantal Khalil
FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP
445 Hamilton Avenue, Suite 605
White Plains, NY 10601
TEL: 914-298-3281
jfrei-pearson@fbfglaw.com
awhite@fbfglaw.com
tgarber@fbfglaw.com
ckhalil@fbfglaw.com

*Attorneys for Plaintiffs*

Respectfully submitted,

By: /s/ *Mark C. Tatum*
Mark C. Tatum, MO Bar # 50082
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
TEL: 816-474-6550
mtatum@shb.com


*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April 2021, the foregoing STIPULATION OF DISMISSAL was filed via the CM/ECF system which will send notice of such filing to counsel of record.

/s/ *Ashley C. Keller*
Ashley C. Keller