IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TONY COLLINS, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NPC INTERNATIONAL, INC.,<br><br>Defendant. | Case No. 3:17-CV-312-NJR |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the filing of the First Amended Class Action Complaint (Doc. 108), the claims brought by Plaintiffs Tony Collins, Naimatullah Nyazee, and Ann Murray were **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the Stipulation of Dismissal filed on April 6, 2021 (Doc. 154), this entire action is **DISMISSED with prejudice** with each party to bear their own costs and fees.

DATED:   April 7, 2021

MARGARET M. ROBERTIE,
Clerk of Court

By:  s/ *Deana Brinkley*
Deputy Clerk

APPROVED:  _____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**